**Electronically Filed**
**Supreme Court**
**SCWC-16-0000596**
**16-OCT-2019**
**09:09 AM**

SCWC-16-0000596

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MM,
Petitioner/Plaintiff-Appellant,

vs.

BD,
Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000596 and CAAP-17-0000106; CASE NO. FC-M-14-10007)

ORDER DENYING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant MM's application for writ of certiorari filed on August 28, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 16, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

